# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

In Re:   DINAH ANTHONY                                    Case No.: 06-11986

                Debtor(s)

---

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Tom Vaughn, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 09/22/2006.

2) This case was confirmed on 01/18/2007.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was completed on 12/08/2009.

6) Number of months from filing to the last payment:  39

7) Number of months case was pending:  42

8) Total value of assets abandoned by court order:  NA

9) Total value of assets exempted: $    20,832.00

10) Amount of unsecured claims discharged without payment $       .00

11) All checks distributed by the trustee to this case have cleared the bank.

**UST Form 101-13-FR-S(9/01/2009)**

```
========================================================================
 Receipts:
        Total paid by or on behalf of the debtor         $    55,691.52
        Less amount refunded to debtor                   $       240.71
 NET RECEIPTS                                            $    55,450.81
========================================================================


========================================================================
 Expenses of Administration:

        Attorney's Fees Paid through the Plan            $     2,699.00
        Court Costs                                      $          .00
        Trustee  Expenses and Compensation               $     3,853.73
        Other                                            $          .00

 TOTAL EXPENSES OF ADMINISTRATION                        $     6,552.73

 Attorney fees paid and disclosed by debtor              $       301.00
========================================================================


========================================================================
 Scheduled Creditors:

 Creditor                    Claim       Claim        Claim      Principal      Int.
   Name         Class      Scheduled    Asserted     Allowed       Paid         Paid

 CHASE HOME FINANCE  SECURED    50,882.00   50,882.23   26,664.83   26,664.83       .00
 CHASE HOME FINANCE  SECURED          NA    6,141.70    6,141.70    6,141.70        .00
 THOMPSON ROSENTHAL & OTHER          .00          NA         NA          .00        .00
 CAPITAL ONE AUTO FIN SECURED    8,068.00    8,068.00    8,068.00    8,068.00   1,369.74
 CAPITAL ONE AUTO FIN OTHER          .00          NA         NA          .00        .00
 ECHO LTD            UNSECURED     86.00          NA         NA          .00        .00
 GLEN ARBOR PARK FORE SECURED      463.00      536.56      536.56      536.56        .00
 TYRONE ANTHONY      OTHER          .00          NA         NA          .00        .00
 VILLAGE OF PARK FORE SECURED      503.74         .00      503.74      503.74        .00
 SPRINT PCS          UNSECURED    361.00          NA         NA          .00        .00
 CONSULTANTS IN PATHO UNSECURED  1,044.00          NA         NA          .00        .00
 CONSULTANTS IN PATHO UNSECURED    114.00          NA         NA          .00        .00
 GEORGE E MORRIS JR D UNSECURED    231.00          NA         NA          .00        .00
 AMERITECH CONSUMER   UNSECURED    190.00          NA         NA          .00        .00
 ECHO LTD            UNSECURED     86.00          NA         NA          .00        .00
 EXCEL EMERGENCY CARE UNSECURED     76.00          NA         NA          .00        .00
 SBC/ ILLINOIS       UNSECURED    478.00          NA         NA          .00        .00
 HSBC CARSON         UNSECURED    579.00          NA         NA          .00        .00
 ANESTHESIA          UNSECURED    105.00          NA         NA          .00        .00
 ST JAMES HOSPITAL   UNSECURED  1,475.00    3,851.20    3,851.20    3,851.20     678.62
 ST JAMES HOSPITAL   UNSECURED    403.00          NA         NA          .00        .00
 ST JAMES HOSPITAL   UNSECURED    299.00          NA         NA          .00        .00
 ST JAMES HOSPITAL   UNSECURED    157.00          NA         NA          .00        .00
========================================================================
```

**UST Form 101-13-FR-S(9/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ST JAMES HOSPITAL | UNSECURED | 120.00 | NA | NA | .00 | .00 |
| ST JAMES HOSPITAL | UNSECURED | 50.00 | NA | NA | .00 | .00 |
| ST JAMES HOSPITAL | UNSECURED | 50.00 | NA | NA | .00 | .00 |
| ST JAMES HOSPITAL | UNSECURED | 50.00 | NA | NA | .00 | .00 |
| ST JAMES HOSPITAL | UNSECURED | 38.00 | NA | NA | .00 | .00 |
| ST JAMES HOSPITAL | UNSECURED | 35.00 | NA | NA | .00 | .00 |
| ST JAMES HOSPITAL | UNSECURED | 19.00 | NA | NA | .00 | .00 |
| ST JAMES PROF-DR WHA | UNSECURED | 600.00 | NA | NA | .00 | .00 |
| ST JAMES PROF-DR WHA | UNSECURED | 540.00 | NA | NA | .00 | .00 |
| ST JAMES PROF-DR WHA | UNSECURED | 245.00 | NA | NA | .00 | .00 |
| ST JAMES PROF-DR LON | UNSECURED | 180.00 | NA | NA | .00 | .00 |
| ST JAMES SERVICES-DR | UNSECURED | 95.00 | NA | NA | .00 | .00 |
| ST JAMES PROF-DR LON | UNSECURED | 82.00 | NA | NA | .00 | .00 |
| ST JAMES PROF-BETHAN | UNSECURED | 79.00 | NA | NA | .00 | .00 |
| ST JAMES PROF-BETHAN | UNSECURED | 76.00 | NA | NA | .00 | .00 |
| ST JAMES PROF-DR WHA | UNSECURED | 65.00 | NA | NA | .00 | .00 |
| ST JAMES PROF SERVIC | UNSECURED | 55.00 | NA | NA | .00 | .00 |
| NICOR GAS | UNSECURED | 60.00 | NA | NA | .00 | .00 |
| PAYDAY LOAN STORE | UNSECURED | 300.00 | 288.76 | 241.66 | 241.66 | 49.96 |
| SBC CORPORATION | UNSECURED | 214.00 | NA | NA | .00 | .00 |
| MCSI/RMI | UNSECURED | 250.00 | 250.00 | 250.00 | 250.00 | 44.01 |
| CAPITAL ONE AUTO FIN | UNSECURED | NA | 142.84 | 142.84 | 142.84 | 25.15 |
| JEFFERSON CAPITAL SY | UNSECURED | NA | 280.63 | 280.63 | 280.63 | 49.44 |

**UST Form 101-13-FR-S(9/01/2009)**

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Int. Paid |
|---|---:|---:|---:|
| **Secured Payments:** | | | |
| Mortgage Ongoing | 26,664.83 | 26,664.83 | .00 |
| Mortgage Arrearage | 6,141.70 | 6,141.70 | .00 |
| Debt Secured by Vehicle | 8,068.00 | 8,068.00 | 1,369.74 |
| All Other Secured | 1,040.30 | 1,040.30 | .00 |
| **TOTAL SECURED:** | 41,914.83 | 41,914.83 | 1,369.74 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | .00 | .00 | .00 |
| Domestic Support Ongoing | .00 | .00 | .00 |
| All Other Priority | .00 | .00 | .00 |
| **TOTAL PRIORITY:** | .00 | .00 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | 4,766.33 | 4,766.33 | 847.18 |

**Disbursements:**

| | | |
|---|---|---:|
| Expenses of Administration | $ | 6,552.73 |
| Disbursements to Creditors | $ | 48,898.08 |
| **TOTAL DISBURSEMENTS:** | $ | 55,450.81 |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 04/05/2010                                       /s/ Tom Vaughn
                                                         Tom Vaughn, Chapter 13 Trustee

**STATEMENT**    : This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R § 1320. 4(a)(2) applies.

**UST Form 101-13-FR-S(9/01/2009)**